Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**   Go North Group AB

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __

☑ Other  559252-2188  . Describe identifier  Registration No.  .

For individual debtors:

☐ Social Security number: xxx – xx– __ __ __ __

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __

☐ Other _____ . Describe identifier _____ .

**3. Name of foreign representative(s)**   Magnus Lofving

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**   Swedish Company Restructuring Act (SFS 2022:964)

**5. Nature of the foreign proceeding**

Check one:

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____

_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor  Go North Group AB  
       Name

Case number (if known)_____

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Sweden

Debtor's registered office:

Norra Allegatan 5  
Number    Street

P.O. Box

Gothenburg              41301  
City    State/Province/Region    ZIP/Postal Code

Sweden  
Country

Individual debtor's habitual residence:

Number    Street

P.O. Box

City    State/Province/Region    ZIP/Postal Code

Country

Address of foreign representative(s):

Sodra Hamngatan 37  
Number    Street

P.O. Box

Gothenburg              41106  
City    State/Province/Region    ZIP/Postal Code

Sweden  
Country

**10. Debtor's website (URL)**

http://gonorth.co

**11. Type of debtor**

Check one:

__ Non-individual (check one):

    ✓ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    __ Partnership

    __ Other. Specify: _____

__ Individual

| Debtor | Go North Group AB | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _/s/_ 
Signature of foreign representative

Magnus Lofving
Printed name

Executed on  09-16-2024
             MM / DD / YYYY

✗ _____
Signature of foreign representative

_____
Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Jeffrey Chubak
Signature of Attorney for foreign representative

Date  09/13/2024
      MM / DD / YYYY

Jeffrey Chubak
Printed name

Amini LLC
Firm name

131 West 35th Street, 12th Floor
Number      Street

New York
City

NY
State

10001
ZIP Code

(212) 490-4700
Contact phone

jchubak@aminillc.com
Email address

4581807
Bar number

NY
State