UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 24-11598 |
|---|---|
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

# CHAPTER 15 LIST

**Name and address of all persons or bodies authorized to administer foreign proceeding**

Magnus Löfving
Advokatfirnan Lindahl
Södra Hamngatan 37-41
P.O. Box 11911
40439 Gothenburg
Sweden

**Name and address of all parties to United States litigation to which debtor is party at filing**

BSB Industries LLC
P.O. Box 29
Matamoras, PA 18336
Attn: David Berkowitz

Stern & Schurin LLP
595 Stewart Avenue
Suite 510
Garden City, NY 11530
Attn: Steven Stern

Products of Performance LLC
126 Marilyn Perry Lane
Greer, SC 29651
Attn: Ryan and Angie Hofacre

Meroueh & Hallman, LLP
14339 Ford Road
2nd Floor
Dearborn, MI 48126
Attn: Odey K. Meroueh

**Name and address of all entities against whom provisional relief is being sought**

BSB Industries LLC
P.O. Box 29
Matamoras, PA 18336
Attn: David Berkowitz

Products of Performance LLC
126 Marilyn Perry Lane
Greer, SC 29651
Attn: Ryan and Angie Hofacre