**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 21-11854 (DSJ) |
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

## CORPORATE OWNERSHIP STATEMENT

In accordance with FRBP 7007.1 made applicable by FRBP 1007(a)(4), petitioner states that the Debtor is a wholly-owned subsidiary of Go North Group Holding AB, a Swedish limited company (Reg. No. 559378-6725), whose 10%-or-more shareholders in turn are: (1) Hallenby Holding AB, a Swedish limited company (Reg. No. 556969-3905) and an affiliate of the Debtor's founder Johan Hallenby, and (2) eEquity IV AB, a Swedish limited company (Reg. No. 559129-7725).

Dated: New York, NY
September 16, 2024

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 497-4100
jchubak@aminillc.com
Attorneys for Petitioner Magnus Löfving as Administrator of Debtor Go North Group AB