UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 24-11598 |
|---|---|
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

**DECLARATION OF JEFFREY CHUBAK**

I, Jeffrey Chubak, hereby declare:

1. I am a member of Amini LLC, counsel for petitioner Magnus Löfving, the duly appointed administrator of the above-named debtor Go North Group AB ("Debtor") which commenced a restructuring proceeding and was brought under supervision of the District Court of Gothenburg, Sweden ("Swedish Proceeding"). This declaration is being submitted in support of the petition for recognition of the Swedish Proceeding as a foreign main proceeding and provisional relief pending the recognition hearing.

2. As of the date hereof, my firm received an advance payment retainer for services to be provided in this Chapter 15 case, which retainer is being held in a client trust account in New York maintained at Chase Bank.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the demand for arbitration made by BSB Industries, LLC ("BSB").

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Scheduling Order #1 regarding BSB's motion for emergency measures of protection made in the arbitration.

I declare under penalty of perjury under penalty of perjury that the foregoing is true and correct. Executed in New York, NY this 16th day of September, 2024.

/s/ Jeffrey Chubak