

# COMMERCIAL ARBITRATION RULES
# DEMAND FOR ARBITRATION

| |
|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box ☐. There is no additional administrative fee for this service. |
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. |

Name of Respondent: Go North AB

Address: Norra Allégatan 5, 413 01 Göteborg, Sweden

| City: | State: Select… | Zip Code: |
|---|---|---|
| Phone No.: | Fax No.: | |

Email Address:

Name of Representative (if known): Jeffrey Chubak, Esq.

Name of Firm (if applicable): AMINI LLC

Representative's Address: 131 WEST 35TH STREET, 12TH FLOOR

| City: NEWYORK | State: New York | Zip Code: 10001 |
|---|---|---|
| Phone No.: 212.497.8247 | Fax No.: 212.497.8222 | |

Email Address: jchubak@aminillc.com

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute:

EMERGENCY RELIEF, PRELIMINARY INJUNCTION REQUESTED; BREACH OF CONTRACT and TRADEMARK DISPUTE

Dollar Amount of Claim: $ 3,000,000+

Other Relief Sought: ☑ Attorneys Fees  ☑ Interest  ☑ Arbitration Costs  ☐ Punitive/Exemplary
☑ Other: Preliminary and Permanent Injunction, Transfer of Trademarks

Amount enclosed: $ 7,700
In accordance with Fee Schedule: ☐ Flexible Fee Schedule  ☑ Standard Fee Schedule

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

Hearing locale:
*(check one)* ☐ Requested by Claimant  ☑ Locale provision included in the contract

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*



| | | | |
|---|---|---|---|
| Estimated time needed for hearings overall: | | hours or 2 | days |
| Type of Business: | | | |
| Claimant: Amazon seller | | Respondent: Amazon aggregator | |
| Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other? Respondent is from Sweden | | | |
| Signature (may be signed by a representative): *Steven Stern* | | Date: 08/15/2024 | |
| Name of Claimant: BSB Industries LLC | | | |
| Address (to be used in connection with this case): PO Box 29 | | | |
| City: Matamoras | | State: Select... | Zip Code: 18336 |
| Phone No.: | | Fax No.: | |
| Email Address: david@masterdealsusa.com | | | |
| Name of Representative: Steven Stern , Esq. | | | |
| Name of Firm (if applicable): STERN & SCHURIN LLP | | | |
| Representative's Address: 595 Stewart Avenue, Suite 510 | | | |
| City: Garden City | | State: New York | Zip Code: 11530 |
| Phone No.: 516-248-0300 | | Fax No.: 516-283-0277 | |
| Email Address: sstern@sternschurin.com | | | |
| To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee. | | | |

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*