

District Court of Gothenburg
**Bankruptcy Division**

**CERTIFICATE OF APPOINTMENT**
2024-09-16

Case nr. Ä 16362-24

Advokat Magnus Löfving
Advokatfirman Lindahl KB
Box 11911
404 39 Göteborg

Company in company reconstruction
Go North Group AB, 559252-2188

The district court has appointed you as a reconstructor.

Mia Gustavsson
Bankruptcy Division
+46 (0)31-743 60 11

Om domstolens behandling av personuppgifter, se www.domstol.se/personuppgifter. Kontakta oss för information på annat sätt.

| **Besöksadress** | **Öppettider** | **Postadress** | **E-post** |
| --- | --- | --- | --- |
| Ullevigatan 15 | måndag–fredag | 404 83 Göteborg | konkurs-tgg@dom.se |
| **Telefon** | | | **Webbplats** |
| 031-743 60 00 | | | www.goteborgstingsratt.domstol.se |

Dok.Id 2943386