

# Bolagsverket
Swedish Companies Registration Office

# e-Certificate of registration
## LIMITED COMPANY

| | |
|---|---|
| Registration number | |
| 559252-2188 | |
| Date of registration of the company | Date of registration of current name |
| 2020-04-16 | 2022-02-09 |
| Document created on | Page |
| 2024-09-05 08:38 | 1 (2) |

```
Registration number:    559252-2188
Business name:          Go North Group AB
Address:
                        Norra Allégatan 5
                        413 01 GÖTEBORG

Registered office:      Göteborg

Note:
```

The company is registered as a public limited company.

**THE COMPANY WAS FORMED**
2020-04-15

**SHARE CAPITAL**

```
Share capital...: SEK          500,000
Min.............: SEK          500,000
Max.............: SEK        2,000,000

Number of shares:          1,403,854,676
Min.............:          1,300,000,000
Max.............:          5,200,000,000
```

**BOARD MEMBER, CHAIR OF THE BOARD**
850310-5556 Hallenby, Johan Anders, Föreningsgatan 6 A, 411 27 GÖTEBORG

**BOARD MEMBERS**
701213-0238 Wiberg, Magnus Stefan, Bunkervägen 10, 182 57 DANDERYD

**DEPUTY BOARD MEMBERS**
960209-0301 Severin, Anna Alexandra, Östermalmsgatan 79 Lgh 1501,
            114 50 STOCKHOLM

**MANAGING DIRECTOR**
791104-0553 Looysen, Ryan David, Kryssarvägen 9 Lgh 1002, 183 58 TÄBY

**AUDITORS**
556029-6740 Öhrlings PricewaterhouseCoopers AB, Torsgatan 21,
            113 97 STOCKHOLM
            Represented by: 680628-5117

**PRINCIPALLY RESPONSIBLE AUDITOR**



Bolagsverket
Swedish Companies Registration Office

e-Certificate of registration
LIMITED COMPANY

| Registration number |  |
|---|---|
| 559252-2188 |  |
| Date of registration of the company | Date of registration of current name |
| 2020-04-16 | 2022-02-09 |
| Document created on | Page |
| 2024-09-05 08:38 | 2 (2) |

680628-5117 Rippe, Carl Johan, Toppljusvägen 12 A, 423 40 TORSLANDA

**SIGNATORY POWER**
The board of directors is entitled to sign.
Signatory power by any one of
    the board members
in combination with
    Hallenby, Johan Anders
Furthermore, the Managing Director, in the course of normal business activities, is also entitled to sign.

Note: The register indicates that not all company official positions are filled.

**ARTICLES OF ASSOCIATION**
Date of the latest change: 2024-05-23

**FINANCIAL YEAR**
Registered financial year: 0101 - 1231
Latest annual report submitted covers financial period 20230101-20231231

**DATE OF REGISTRATION OF CURRENT AND PREVIOUS BUSINESS NAMES**
2022-02-09 Go North Group AB
2021-02-17 Johan & John AB
2020-06-15 JH & JA AB
2020-04-16 Startplattan 190345 Aktiebolag

The above information is extract from the Trade and Industry Register Bolagsverket, the Swedish Companies Registration Office.

Bolagsverket
851 81 Sundsvall
0771-670 670
bolagsverket@bolagsverket.se
www.bolagsverket.se