UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GO NORTH GROUP AB,<br><br>          Debtor in a Foreign Proceeding. | Case No. 24-11598 (MEW)<br><br>Chapter 15 |

## NOTICE OF FILING AND HEARING ON PETITION SEEKING RECOGNITION OF FOREIGN PROCEEDING UNDER CHAPTER 15 OF THE BANKRUPTCY CODE

      PLEASE TAKE NOTICE that on September 16, 2024, Magnus Löfving, the duly appointed administrator ("Petitioner") of the above-named debtor Go North Group AB ("Debtor"), which commenced a restructuring proceeding in and was brought under supervision of the District Court of Gothenburg, Sweden ("Swedish Proceeding"), filed a petition with the United States Bankruptcy Court for the Southern District Court of New York ("Bankruptcy Court") seeking recognition of the Swedish Proceeding as a foreign main proceeding.

      PLEASE TAKE FURTHER NOTICE that the Court has scheduled a hearing to consider the petition for recognition for October ___, 2024, at ___:___ a.m. ("Recognition Hearing"). The Recognition Hearing will be held before the Honorable _____, United States Bankruptcy Judge and will be conducted by Zoom. Any parties wishing to participate in the Recognition Hearing must register their appearance using the eCourt Appearances Tool https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl at least one business day before the hearing by 4:00 p.m. Eastern.

      PLEASE TAKE FURTHER NOTICE that any objection to the petition must be filed with the Bankruptcy Court by October ___, 2024.

      PLEASE TAKE FURTHER NOTICE that if no objection is timely filed as provided above, the Bankruptcy Court may grant recognition of the Swedish Proceeding as a foreign main proceeding and the other relief sought in the petition without further notice or a hearing.

      PLEASE TAKE NOTICE that at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

      PLEASE TAKE FURTHER NOTICE that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement at the hearing or the filing of a notice of adjournment.

      PLEASE TAKE FURTHER NOTICE that no time period or place for the filing of proofs of claim has been established and creditors need not file proofs of claim at this time.

      PLEASE TAKE FURTHER NOTICE that copies of the petition and all other documents filed in this Chapter 15 case are available on the Court's website http://ecf.nysb.uscourts.gov

(PACER login and password are required to retrieve a document) or alternatively on written request of the undersigned.

Dated: New York, NY  
       September \_\_\_, 2024

Amini LLC

_____  
Jeffrey Chubak  
131 West 35th Street  
12th Floor  
New York, NY 10001  
(212) 497-4100  
jchubak@aminillc.com  
Attorneys for Petitioner Magnus Löfving as Administrator of Debtor Go North Group AB