UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 24-11598 (MEW) |
|---|---|
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

**ORDER GRANTING MOTION FOR ORDER SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE AND SCHEDULING RECOGNITION HEARING**

Upon consideration of the *Ex Parte Motion for Order Specifying Form and Manner of Service of Notice and Scheduling Recognition Hearing* ("Motion"), made by Petitioner Magnus Löfving, the duly appointed administrator of the above-named debtor Go North Group AB, it is hereby:

ORDERED, that the Motion is granted as set forth herein; and it is further

ORDERED, that the form of notice attached to the Motion ("Notice") is hereby approved; and it is further

ORDERED, that copies of the Notice, together with the petition, memorandum of law in support, declarations in support and proposed form of order granting recognition, shall be served within three business days after entry hereof, on all parties on the Chapter 15 List, by email (if a valid email address for such party is known to Petitioner) or alternatively by first class mail; and it is further

ORDERED, a hearing on the petition shall be held on _____, 2024 at 10:00 a.m. before the Honorable _____, United States Bankruptcy Judge. The hearing shall be conducted by Zoom. Any parties wishing to participate in the hearing must register their appearance using the eCourt Appearances Tool https://ecf.nysb.uscourts.gov/cgi-

bin/nysbAppearances.pl at least one business day before the hearing by 4:00 p.m. Eastern; and it is further

ORDERED, that any objections to the petition must be filed by _____, 2024; and it is further

ORDERED, that to the extent applicable all notice requirements set forth in 11 U.S.C. § 1514(c) are hereby waived; and it is further

ORDERED, that Petitioner is authorized to take all actions necessary to effectuate the relief granted hereby; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any and all matters arising out of or relating to the implementation of this order.

Dated: New York, NY
       September ___, 2024

                                                                                               United States Bankruptcy Judge