UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 24-11598 (MEW) |
|---|---|
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

### ORDER GRANTING MOTION TO SHORTEN TIME

Upon consideration of the *Ex Parte Motion to Shorten Time* ("Motion to Shorten Time"), made pursuant to FRBP 9006(c) by Petitioner Magnus Löfving, the duly appointed administrator of the above-named debtor Go North Group AB in relation to the *Emergency Motion for Provisional Relief* ("§ 1519 Motion"), it is hereby:

ORDERED, that the Motion to Shorten Time is granted as set forth herein; and it is further

ORDERED, objections to the § 1519 Motion shall be filed by _____, 2024; and it is further

ORDERED, a hearing on the § 1519 Motion shall be held on _____, 2024 at 10:00 a.m. before the Honorable _____, United States Bankruptcy Judge. The hearing shall be conducted by Zoom. Any parties wishing to participate in the hearing must register their appearance using the eCourt Appearances Tool https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl at least one business day before the hearing by 4:00 p.m. Eastern; and it is further

ORDERED, that Petitioner shall cause this Order and the § 1519 Motion to be served on the Office of the United States Trustee, all known United States creditors of the Debtor including BSB Industries LLC and Products of Performance LLC, and all parties that filed an appearance herein, within one business day following entry hereof, by email or alternatively by first class mail, and service in such manner shall be considered good and sufficient.

Dated: New York, NY
        September ___, 2024

                                                      Hon. Michael E. Wiles
                                                      United States Bankruptcy Judge