UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 24-11598 (MEW) |
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

**ORDER GRANTING MOTION TO SHORTEN TIME**

Upon consideration of the *Ex Parte Motion to Shorten Time* ("Motion to Shorten Time"), made pursuant to FRBP 9006(c) by Petitioner Magnus Löfving, the duly appointed administrator of the above-named debtor Go North Group AB in relation to the *Emergency Motion for Provisional Relief* ("§ 1519 Motion"), it is hereby:

ORDERED, that the Motion to Shorten Time is granted as set forth herein; and it is further

ORDERED, a hearing on the § 1519 Motion shall be held on **September 18, 2024 at 11:30 a.m**. before the Honorable Michael E. Wiles, United States Bankruptcy Judge. The hearing shall be conducted telephonically through Court Solutions. Any parties wishing to participate in the hearing must register their appearance with Court Solutions at www.court-solutions.com; and it is further

ORDERED, any objections to the § 1519 Motion may be made orally at the hearing; and it is further

ORDERED, that Petitioner shall cause this Order and the § 1519 Motion to be served upon BSB Industries LLC and Products of Performance LLC and their counsel; the United States Trustee; and all parties that filed an appearance herein as promptly as is practicable by email and by personal delivery.

Dated:  New York, New York
        September 17, 2024

                              /s/ **Michael E. Wiles**
                              UNITED STATES BANKRUPTCY JUDGE