UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 24-11598 (MEW) |
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | Re: ECF #10, #12 |

## NOTICE OF HEARING

      PLEASE TAKE NOTICE a hearing on the *Emergency Motion for Provisional Relief* filed September 16, 2024 (ECF #10) has been scheduled for **Wednesday September 18, 2024, at 11:30 a.m.** Per the chambers rules on remote and in-person hearings and the *Order Granting Motion to Shorten Time* (ECF #12) parties may attend the hearing either in-person or telephonically via Court Solutions. Parties attending in-person must register in advance using the eCourt Appearances tool https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Parties attending telephonically via Court Solutions must register in advance using http://www.court-solutions.com. Information on how to register for and use Court Solutions is available in General Order M-543. In either event, parties should register by 12:00 p.m. noon the day prior to the hearing.

| | |
|---|---|
| Dated: New York, NY<br>       September 16, 2024 | Amini LLC<br><br>/s/ Jeffrey Chubak         <br>Jeffrey Chubak<br>131 West 35th Street<br>12th Floor<br>New York, NY 10001<br>(212) 497-4100<br>jchubak@aminillc.com<br>Attorneys for Petitioner Magnus Löfving as Administrator of Debtor Go North Group AB |