UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 24-11598 (MEW) |
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

## **CERTIFICATE OF SERVICE**

I hereby certify:

I am a paralegal with Amini LLC, am over eighteen years of age and reside in New York City.

On September 17, 2024, at around 11:45 a.m., I served a copy of the following documents on White & Wolnerman LLP, 950 Third Avenue, New York, NY 10022, by hand delivering a copy of the same to Sheena Simonini, the firm's receptionist:

- Declaration of Jeffrey Chubak (ECF [#4](#)) and Exhibit 1-2 (ECF [#4-1](#), [#4-2](#)) thereto;

- Declaration of Magnus Löfving (ECF [#5](#)) and Exhibits 1-3 (ECF [#5-1](#), [#5-2](#), [#5-3](#)) thereto;

- Declaration of Ryan Looysen (ECF [#6](#)) and Exhibits 1-4 (ECF [#6-1](#), [#6-2](#), [#6-3](#), [#6-4](#)) thereto;

- Emergency Motion for Provisional Relief (ECF [#10](#)) and the accompanying proposed order (ECF [#10-1](#));

- Order Granting Motion to Shorten Time (ECF [#12](#)); and

- Notice of Hearing (ECF [#13](#)).

In addition, on September 17, 2024, I served a copy of the same documents by overnight mail to Office of the United States Trustee, One Bowling Green, New York, NY 10004, Attn: Andrea Schwartz.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 17, 2024.

                                                                            _吴霜_
                                                                            Iris Wu