UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 24-11598 (MEW) |
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

## **CERTIFICATE OF SERVICE**

I certify that on September 17, 2024 at around 10:30 a.m. I emailed a copy of the following documents to counsel for BSB Industries LLC (BSB) and Products of Performance LLC (POP), and the Office of the United States Trustee, at the addresses listed in the attached service list:

- Declaration of Jeffrey Chubak (ECF #4) and Exhibit 1-2 (ECF #4-1, #4-2) thereto;

- Declaration of Magnus Löfving (ECF #5) and Exhibits 1-3 (ECF #5-1, #5-2, #5-3) thereto;

- Declaration of Ryan Looysen (ECF #6) and Exhibits 1-4 (ECF #6-1, #6-2, #6-3, #6-4) thereto;

- Emergency Motion for Provisional Relief (ECF #10) and the accompanying proposed order (ECF #10-1);

- Order Granting Motion to Shorten Time (ECF #12); and

- Notice of Hearing (ECF #13).

In addition, at around 11:15 a.m. that day I emailed a copy of the same documents to BSB at its address listed in its arbitration demand (ECF #4-1) david@masterdealsusa.com and POP at the addresses listed in its APA with the debtor productsofperformance@gmail.com and LLC articles of organization rhofacre@yahoo.com, both included as exhibits to its complaint against the debtor, in each case copying its counsel.

None of the emails bounced back.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 17, 2024.

/s/ Jeffrey Chubak

**SERVICE LIST**

BSB Counsel of Record in AAA Case 01-24-0007-2924 (see ECF [#4-1](#4-1), [#4-2](#4-2))
Steven Stern sstern@sternschurin.com

BSB Anticipated Bankruptcy Counsel
David Wolnerman dwolnerman@wwlawgroup.com

POP Counsel in W.D. Mich. Case 24-cv-307
Odey K. Meroueh okm@mhatlaw.com

US Trustee
Andrea Schwartz andrea.b.schwartz@usdoj.gov