UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 24-11598 (MEW) |
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

**ORDER GRANTING MOTION FOR ORDER SPECIFYING FORM AND MANNER
OF SERVICE OF NOTICE AND SCHEDULING RECOGNITION HEARING**

Upon consideration of the *Ex Parte Motion for Order Specifying Form and Manner of Service of Notice and Scheduling Recognition Hearing* ("Motion"), made by Petitioner Magnus Löfving, the duly appointed administrator of the above-named debtor Go North Group AB, it is hereby:

ORDERED, that the Motion is granted as set forth herein; and it is further

ORDERED, that the form of notice attached hereto as Exhibit 1 ("Notice") is hereby approved; and it is further

ORDERED, that copies of the Notice, together with the petition, memorandum of law in support, declarations in support and proposed form of order granting recognition, shall be served within three business days after entry hereof, on all parties on the Chapter 15 List, by email (if a valid email address for such party is known to Petitioner) and by first class mail; and it is further

ORDERED, that a hearing on the petition shall be held on **October 16, 2024 at 11:00 a.m**. before the Honorable Michael E. Wiles, United States Bankruptcy Judge, in Courtroom 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004. Parties wishing to attend the hearing may attend either in-person or telephonically via Court Solutions. Parties attending in-person should register in advance using the eCourt Appearances tool https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Parties

attending telephonically must register in advance using http://www.court-solutions.com. Information on how to register for and use Court Solutions is available in General Order M-543. Whether attending in-person or telephonically via Court Solutions, parties should register by 12:00 p.m. noon the day prior to the hearing; and it is further

ORDERED, that any objections to the petition must be filed by October 9, 2024; and it is further

ORDERED, that to the extent applicable all notice requirements set forth in 11 U.S.C. § 1514(c) are hereby waived; and it is further

ORDERED, that Petitioner is authorized to take all actions necessary to effectuate the relief granted hereby; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any and all matters arising out of or relating to the implementation of this order.

Dated: New York, New York
      September 18, 2024
                                        /s/ **Michael E. Wiles**
                                        Hon. Michael E. Wiles
                                        United States Bankruptcy Judge

**EXHIBIT 1**
**Notice**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 24-11598 (MEW) |
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF FILING AND HEARING ON PETITION SEEKING RECOGNITION OF
FOREIGN PROCEEDING UNDER CHAPTER 15 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on September 16, 2024, Magnus Löfving, the duly appointed administrator ("Petitioner") of the above-named debtor Go North Group AB ("Debtor"), which commenced a restructuring proceeding in and was brought under supervision of the District Court of Gothenburg, Sweden ("Swedish Proceeding"), filed a petition with the United States Bankruptcy Court for the Southern District Court of New York ("Bankruptcy Court") seeking recognition of the Swedish Proceeding as a foreign main proceeding.

PLEASE TAKE FURTHER NOTICE that a hearing on the petition shall be held on **October 16, 2024 at 11:00 a.m.** before the Honorable Michael E. Wiles, United States Bankruptcy Judge, in Courtroom 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004. Parties wishing to attend the hearing may attend either in-person or telephonically via Court Solutions. Parties attending in-person should register in advance using the eCourt Appearances tool https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Parties attending telephonically must register in advance using http://www.court-solutions.com. Information on how to register for and use Court Solutions is available in General Order M-543. Whether attending in-person or telephonically via Court Solutions, parties should register by 12:00 p.m. noon the day prior to the hearing

PLEASE TAKE FURTHER NOTICE that any objection to the petition must be filed with the Bankruptcy Court by October 9, 2024.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed as provided above, the Bankruptcy Court may grant recognition of the Swedish Proceeding as a foreign main proceeding and the other relief sought in the petition without further notice or a hearing.

PLEASE TAKE NOTICE that at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

PLEASE TAKE FURTHER NOTICE that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement at the hearing or the filing of a notice of adjournment.

PLEASE TAKE FURTHER NOTICE that no time period or place for the filing of proofs of claim has been established and creditors need not file proofs of claim at this time.

PLEASE TAKE FURTHER NOTICE that copies of the petition and all other documents filed in this Chapter 15 case are available on the Court's website http://ecf.nysb.uscourts.gov (PACER login and password are required to retrieve a document) or alternatively on written request of the undersigned.

Dated: New York, NY                                    Amini LLC
       September ___, 2024

                                              _____
                                              Jeffrey Chubak
                                              131 West 35th Street
                                              12th Floor
                                              New York, NY 10001
                                              (212) 497-4100
                                              jchubak@aminillc.com
                                              **Attorneys for Petitioner Magnus Löfving as Administrator of Debtor Go North Group AB**