UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 24-11598 (MEW) |
|---|---|
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF FILING AND HEARING ON PETITION SEEKING RECOGNITION OF FOREIGN PROCEEDING UNDER CHAPTER 15 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on September 16, 2024, Magnus Löfving, the duly appointed administrator ("Petitioner") of the above-named debtor Go North Group AB ("Debtor"), which commenced a restructuring proceeding in and was brought under supervision of the District Court of Gothenburg, Sweden ("Swedish Proceeding"), filed a petition with the United States Bankruptcy Court for the Southern District Court of New York ("Bankruptcy Court") seeking recognition of the Swedish Proceeding as a foreign main proceeding.

PLEASE TAKE FURTHER NOTICE that a hearing on the petition shall be held on **October 16, 2024 at 11:00 a.m.** ("Recognition Hearing") before the Honorable Michael E. Wiles, United States Bankruptcy Judge, in Courtroom 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004. Parties wishing to attend the Recognition Hearing may attend either in-person or telephonically via Court Solutions. Parties attending in-person should register in advance using the eCourt Appearances tool https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Parties attending telephonically must register in advance using http://www.court-solutions.com. Information on how to register for and use Court Solutions is available in General Order M-543. Whether attending in-person or telephonically via Court Solutions, parties should register by 12:00 p.m. noon the day prior to the hearing.

PLEASE TAKE FURTHER NOTICE that any objection to the petition must be filed with the Bankruptcy Court by **October 9, 2024**.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed as provided above, the Bankruptcy Court may grant recognition of the Swedish Proceeding as a foreign main proceeding and the other relief sought in the petition without further notice or a hearing.

PLEASE TAKE NOTICE that at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

PLEASE TAKE FURTHER NOTICE that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement at the hearing or the filing of a notice of adjournment.

PLEASE TAKE FURTHER NOTICE that no time period or place for the filing of proofs of claim has been established and creditors need not file proofs of claim at this time.

PLEASE TAKE FURTHER NOTICE that copies of the petition and all other documents filed in this Chapter 15 case are available on the Court's website http://ecf.nysb.uscourts.gov (PACER login and password are required to retrieve a document) or alternatively on written request of the undersigned.

| | |
|---|---|
| Dated: New York, NY<br>September 18, 2024 | Amini LLC<br><br>/s/ Jeffrey Chubak<br>Jeffrey Chubak<br>131 West 35th Street<br>12th Floor<br>New York, NY 10001<br>(212) 497-4100<br>jchubak@aminillc.com<br>Attorneys for Petitioner Magnus Löfving as Administrator of Debtor Go North Group AB |