UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 24-11598 (MEW) |
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | Re: ECF #18 |

## CERTIFICATE OF SERVICE

I certify that on September 18, 2024 at 3:24 p.m. I emailed the Order Granting Emergency Motion for Provisional Relief (ECF #18) to BSB Industries LLC (BSB), Products of Performance LLC (POP) and their counsel, and Arbitrator Peter Pettibone at the following addresses:

<u>BSB and Counsel</u>
BSB david@masterdealsusa.com
Steven Stern sstern@sternschurin.com
David Wolnerman dwolnerman@wwlawgroup.com

<u>POP and Counsel</u>
POP productsofperformance@gmail.com
Ryan Hofacre rhofacre@yahoo.com
Odey K. Meroueh okm@mhatlaw.com

<u>Arbitrator</u>
Peter Pettibone peter.pettibone@peterpettibone.com

None of the emails bounced back.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2024.

/s/ Jeffrey Chubak