UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 24-11598 (MEW) |
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

## CERTIFICATE OF SERVICE

I hereby certify:

I am a paralegal with Amini LLC, am over eighteen years of age and reside in New York City.

On September 19, 2024, I served a copy of the following documents upon the persons listed on the attached Service List by first class mail:

- Chapter 15 Petition (ECF [#1](#))

- Declaration of Jeffrey Chubak (ECF [#4](#)) and Exhibit 1-2 (ECF [#4-1](#), [#4-2](#)) thereto;

- Declaration of Magnus Löfving (ECF [#5](#)) and Exhibits 1-3 (ECF [#5-1](#), [#5-2](#), [#5-3](#)) thereto;

- Declaration of Ryan Looysen (ECF [#6](#)) and Exhibits 1-4 (ECF [#6-1](#), [#6-2](#), [#6-3](#), [#6-4](#)) thereto;

- Memorandum of Law in Support of Petition for Recognition and Related Relief (ECF [#7](#));

- Notice of Proposed Order (ECF [#8](#));

- Notice of Hearing (ECF [#17](#)); and

- Order Granting Emergency Motion for Provisional Relief (ECF [#18](#)).

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2024.

                    吴 霜
                    _____
                    Iris Wu

## SERVICE LIST

| | |
|---|---|
| BSB Industries LLC<br>P.O. Box 29<br>Matamoras, PA 18336<br>Attn: David Berkowitz | Products of Performance LLC<br>109 East 17th Street<br>Suite 4<br>Cheyenne, WY 82001<br>Attn: Ryan Hofacre |
| White & Wolnerman LLP<br>950 Third Avenue<br>New York, NY 10022<br>Attn: David Wolnerman | Meroueh & Hallman LLP<br>14339 Ford Road<br>2nd Floor<br>Dearborn, MI 48126<br>Attn: Odey K. Meroueh |
| Office of the United States Trustee<br>Alexander Hamilton Custom House<br>One Bowling Green<br>Room 534<br>New York, NY 10004<br>Attn: Andrea Schwartz | |