UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 24-11598 (MEW) |
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

## CERTIFICATE OF SERVICE

I hereby certify:

I am a paralegal with Amini LLC, am over eighteen years of age and reside in New York City.

On September 19, 2024, I served a copy of the Order Granting Emergency Motion for Provisional Relief (ECF #18) upon Pettibone International ADR LLC, 1158 Fifth Avenue, New York, NY 10029, by hand delivering a copy of the same to Ali Mustafaj, the building's doorman, and asked him to provide the same to Pettibone International ADR LLC.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2024.

吴 霜
_____
Iris Wu