UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 24-11598 (MEW) |
|---|---|
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

**CERTIFICATE OF SERVICE**

I hereby certify:

I am a paralegal with Amini LLC, am over eighteen years of age and reside in New York City.

On September 19, 2024, I served a copy of the following documents upon White & Wolnerman LLP, 950 Third Avenue, New York, NY 10022, by hand delivering a copy of the same to Sheena Paredes, the firm's receptionist:

- Chapter 15 Petition (ECF #1)

- Declaration of Jeffrey Chubak (ECF #4) and Exhibit 1-2 (ECF #4-1, #4-2) thereto;

- Declaration of Magnus Löfving (ECF #5) and Exhibits 1-3 (ECF #5-1, #5-2, #5-3) thereto;

- Declaration of Ryan Looysen (ECF #6) and Exhibits 1-4 (ECF #6-1, #6-2, #6-3, #6-4) thereto;

- Memorandum of Law in Support of Petition for Recognition and Related Relief (ECF #7);

- Notice of Proposed Order (ECF #8);

- Notice of Hearing (ECF #17); and

- Order Granting Emergency Motion for Provisional Relief (ECF #18).

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2024.

吴霜
Iris Wu