UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 24-11598 (MEW) |
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | |

## **CERTIFICATE OF SERVICE**

I certify that on September 20, 2024 I emailed the following documents to the persons listed in the attached service list, at the addresses set forth therein:

- Chapter 15 Petition (ECF [#1](#));

- Declaration of Jeffrey Chubak (ECF [#4](#)) and Exhibit 1-2 (ECF [#4-1](#), [#4-2](#)) thereto;

- Declaration of Magnus Löfving (ECF [#5](#)) and Exhibits 1-3 (ECF [#5-1](#), [#5-2](#), [#5-3](#)) thereto;

- Declaration of Ryan Looysen (ECF [#6](#)) and Exhibits 1-4 (ECF [#6-1](#), [#6-2](#), [#6-3](#), [#6-4](#)) thereto;

- Memorandum of Law in Support of Petition for Recognition and Related Relief (ECF [#7](#));

- Notice of Proposed Order (ECF [#8](#));

- Notice of Hearing (ECF [#17](#)); and

- Order Granting Emergency Motion for Provisional Relief (ECF [#18](#)).

None of the emails bounced back.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 20, 2024.

                                                              /s/ Jeffrey Chubak

# **SERVICE LIST**

<u>BSB and Counsel</u>
BSB david@masterdealsusa.com
Steven Stern sstern@sternschurin.com
David Wolnerman dwolnerman@wwlawgroup.com

<u>POP and Counsel</u>
POP productsofperformance@gmail.com
Ryan Hofacre rhofacre@yahoo.com
Odey K. Meroueh okm@mhatlaw.com

<u>Foreign Representative</u>
Magnus Löfving Magnus.Lofving@lindahl.se