Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 497-4100
jchubak@aminillc.com
Attorneys for Petitioner

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 24-11598 (MEW) |
|---|---|
| GO NORTH GROUP AB, | Chapter 15 |
| Debtor in a Foreign Proceeding. | **CERTIFICATE OF NO OBJECTION PURSUANT TO LR 9075-2** |

I, Jeffrey Chubak, hereby certify:

1. I am a member of Amini LLC, counsel for the petitioner herein.

2. Pursuant to the order approving the form and manner of service and scheduling the recognition hearing (ECF #16), the deadline to object to recognition was October 10, 2024.

3. I reviewed the docket over forty-eight hours after the objection deadline and no objection, responsive pleading or request for hearing with respect to the petition for recognition appears thereon.

4. As of the filing hereof, to the best of my knowledge no informal objection has been made to the request for recognition.

5. The petition, supporting declarations with exhibits, memorandum of law in support and proposed order granting recognition as a foreign main proceeding were filed September 16, 2024, and service of the same together with notice of the recognition hearing and the objection deadline was made September 18-20, 2024. (ECF #19, #20, #21, #22, #23, #24.)

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 12, 2024.

/s/ Jeffrey Chubak