# UNITED STATES BANKRUPTCY COURT
*SOUTHERN DISTRICT OF NEW YORK*
*ONE BOWLING GREEN*
*NEW YORK, NY 10004-1408*

**Vito Genna**
**CLERK OF COURT**

August 11, 2025

Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001

In Re: Go North Group AB
Case No. 24-11598 - MEW

Dear Mr. Chubak:

Please be advised the above referenced Chapter 15 case was filed on September 16, 2024.   There has been no activity in this case since October 16, 2024.   Please provide the status of this case.

We appreciate your cooperation.

Sincerely yours,

Vito Genna, Clerk of Court

By: /s/ Anatin Rouzeau
      Deputy Clerk