UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 24-11598 (MEW) |
|---|---|
| GO NORTH GROUP AB | Chapter 15 |
| Debtor | |

# FRBP 5009(c)(1) FINAL REPORT

Magnus Löfving, the duly appointed administrator and foreign representative of the above-named debtor, through his undersigned counsel, submits this final report pursuant to FRBP 5009(c)(1) and states:

The purpose of this case was to obtain an order recognizing the debtor's Swedish insolvency proceeding and provisional relief staying an arbitration proceeding that had been commenced by one of its creditors, BSB Industries LLC, pending determination of the petition for recognition. The provisional relief was granted September 18, 2024 (ECF #18) and the recognition order was entered October 16, 2024 (ECF #26). The foreign representative has not undertaken any other activities in this Court or any other court within the United States. The purpose of the foreign representative's appearance is now complete.

Dated: New York, NY
        August 12, 2025

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 497-4100
jchubak@aminillc.com
Attorneys for Foreign Representative
Magnus Löfving